UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BECKY WELBORN, WENDY WINDRICH, and BETH B. DuPREE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNAL REVENUE SERVICE, JOHN KOSKINEN, in his official capacity as Commissioner of Internal Revenue, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  15-cv-01352<br>Judge Rosemary M. Collyer<br><br>**Oral Argument Requested** |

## DEFENDANTS' MOTION TO DISMISS

Defendants, the Internal Revenue Service and John Koskinen ("Defendants"), by and through its undersigned counsel, hereby move to dismiss Plaintiffs' Amended Complaint (ECF No. 22) pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).  Accompanying this motion is a memorandum of points and authorities in support of the motion.  Defendants respectfully request that the Court grant the motion for the reasons described in the memorandum.

Dated:  February 3, 2016                                         Respectfully submitted,

BENJAMIN MIZER
Principal Deputy Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

1

/s/ *Joseph E. Borson*
JOSEPH E. BORSON (VA Bar No. 85519)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, NW
Washington, DC 20001
Telephone:  (202) 514-1944
Fax:  (202) 616-8460
Email:  Joseph.Borson@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 3, 2016, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing to the parties.

/s/ *Joseph E. Borson*
JOSEPH E. BORSON