UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BECKY WELBORN, *et al.*, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 15-1352 (RMC) |
| INTERNAL REVENUE SERVICE, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

## ORDER

For the reasons stated in the Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that Defendants' Motion to Dismiss [Dkt. 24] is **GRANTED**.

This is a final appealable Order. *See* Fed. R. App. P. 4. This case is closed.

Date: November 2, 2016

/s/
ROSEMARY M. COLLYER
United States District Judge

1